**AKERMAN LLP**
JOSHUA R. MANDELL (SBN 225269)
Email: joshua.mandell@akerman.com
725 South Figueroa Street, 38th Floor
Los Angeles, California 90017-5433
Telephone: (213) 688-9500
Facsimile:  (213) 627-6342

KIMBERLY A. LOPEZ (*pro hac vice application pending*)
Email: kimberly.lopez@akerman.com
PAULA J. HOWELL (*pro hac vice application pending*)
Email: paula.howell@akerman.com
420 S. Orange Ave., Suite 1200
Orlando, Florida 32801
Telephone:      (407) 423-4000
Facsimile:      (407) 843-6610

Attorneys for Plaintiff
AMERICAN AUTOMOBILE ASSOCIATION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| AMERICAN AUTOMOBILE ASSOCIATION, (INCORPORATED), a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN PECK, an individual, d/b/a AAA DEFENSIVE DRIVING SCHOOL,<br><br>Defendant. | Case No.<br><br>**COMPLAINT FOR:**<br>**(1) FEDERAL TRADEMARK INFRINGEMENT**<br>**(2) FEDERAL UNFAIR COMPETITION**<br>**(3) FEDERAL TRADEMARK DILUTION**<br>**(4) CYBERSQUATTING** |

Plaintiff American Automobile Association, (Incorporated) ("AAA"), by and through undersigned counsel, states for its Complaint against Defendant Steven Peck, d/b/a AAA Defensive Driving School as follows:

///

///

///

AKERMAN LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

## NATURE OF THE ACTION, PARTIES,

## JURISDICTION AND VENUE

1.      AAA is a non-profit corporation organized and existing under the laws of the State of Connecticut, with its principal place of business located at 1000 AAA Drive, Heathrow, Florida 32746.

2.      Defendant is an individual that resides in Tehachapi, Kern County, California and that operates an unincorporated sole proprietorship that conducts business under the name AAA Defensive Driving School, with its principal place of business located at 410 West J Street, #D, Tehachapi, California 93561.

3.      This action arises under the Lanham Trademark Act, 15 U.S.C. § 1051, *et seq*.  This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1338(a) and (b).

4.      Venue properly lies in this judicial district and division under 28 U.S.C. §§ 1391 (b)(1) and (b)(2).

## FACTS COMMON TO ALL CLAIMS

### I.      AAA'S EXCLUSIVE RIGHT TO USE THE AAA MARKS.

5.      AAA is a national non-profit network of automobile clubs with over 53 million members nationwide, including in the Eastern District of California.  AAA is engaged in the business of providing automobile, travel, and transportation related services, including motor vehicle operation, automobile repair services, automobile safety tests, emergency road assistance, and the operation of referral and endorsement services for many automobile, travel, and transportation related services.

6.      AAA began in 1902 when nine individual automobile clubs joined together as the American Automobile Association.  AAA is a widely known organization which has been extensively advertised and promoted throughout the United States, including in the Eastern District of California.

7.      AAA has adopted and used the mark "AAA" (the "AAA Mark") in a variety of styles, alone and in combination with other words, in commerce for over 100 years.  AAA is the owner of over 150 federally registered trademarks and service marks relating to the goods and services that it

AKERMAN LLP

725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

provides to its members.  As a result of widespread public recognition, the AAA Mark has become an asset of substantial value and goodwill as a symbol of AAA and its services.

8.     One of the key services that AAA provides is the endorsement of providers of automobile, travel, and transportation related services.  Its endorsement represents to members that AAA has inspected the service provider and has given its stamp of approval.  Accordingly, the AAA Mark is associated with AAA's research and approval of providers of automobile, travel, and transportation services that meet or exceed AAA's stringent standards.

9.     AAA has spent significant time and money establishing an excellent reputation throughout the United States for reliably approving and referring its members to quality providers of automobile, travel, and transportation services.  Through this expenditure of resources, AAA has established a tremendous amount of goodwill with the AAA family of trademarks and service marks. Members have come to look for the AAA Mark as assurance that the product or service they are purchasing will meet their expectations.

10.     AAA over the years has maintained registration of its family of trademarks and service marks, realizing the importance of these marks to members of the public, who every year rely more and more on AAA for guidance when selecting goods and services, including automobile, travel, and transportation services.  For example, AAA holds the United States Patent and Trademark Office registration for the AAA Mark, Reg. No. 829,265, and the United States Patent and Trademark Office registration for the AAA logo design, Reg. No. 2,158,654, for its automobile, travel, and insurance services.

11.     The above registrations are incontestable under Section 15 of the Lanham Act, 15 U.S.C. § 1065, and they constitute conclusive evidence of AAA's exclusive right to use the "AAA" designation in commerce in connection with such services, including automobile, travel, and transportation services.  Copies of the above-referenced trademark registrations of the United States Patent and Trademark Office are attached as **Composite Exhibit "A"**.

12.     AAA's trademark and service mark rights in the AAA Mark, based on its federal filings and common law rights acquired through the use of the AAA Mark in commerce directly and through approved licensees, was established long before the acts and activities of the Defendant

AKERMAN LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

giving rise to this Complaint.

**II.   THE DEFENDANTS' WRONGFUL CONDUCT.**

13.   The Defendant markets driver education services in the Eastern District of California using the AAA Mark.   Specifically, although not affiliated with or authorized by AAA, the Defendant operates a business that is engaged in offering driver education services under the name "AAA Defensive Driving School" ("AAA Defensive Driving School" or the "Infringing Business Name").

14.   Defendant also uses the Infringing Business Name in commerce in the advertising and promotion of his business, including on his website, online directory listings and other internet services as detailed below.

15.   The Defendant's use of the Infringing Business Name is intended to and has the effect of giving the false impression to consumers that Defendant's "AAA Defensive Driving School" business is endorsed by or associated with AAA.

16.   In order to promote his business, the Defendant operates an internet website located at the URL web address "www.aaasafedriving.com" and at various derivations of such address (the "Infringing Website").

17.   The Infringing Website contains the AAA Mark within its URL address and also displays and utilizes the AAA Mark in multiple locations on the Infringing Website in a manner that is intended to and which has the effect of giving the impression to consumers that the Defendant's "AAA Defensive Driving School" business is endorsed by or affiliated with AAA.   A true and correct copy of a screenshot of the Infringing Website is attached hereto as **Exhibit "B"**.

18.   As shown by Exhibit B, the Infringing Website prominently displays the Infringing Business Name on at least five separate web pages.

19.   Defendant also operates and maintains a Facebook webpage (the "Facebook Page") that is publicly displayed and which displays and utilizes the AAA Mark and the Infringing Business Name repeatedly in multiple locations on the Facebook Page.   A true and correct copy of a screenshot of the Facebook Page is attached hereto as **Exhibit "C"**.

20.   Defendant's display of the AAA Mark on the Facebook Page is intended to and has

AKERMAN LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

**COMPLAINT**

the effect of giving the false impression to consumers that "AAA Defensive Driving School" is endorsed by or affiliated with AAA.

21.     Defendant also displays the AAA Mark and the Infringing Business Name on his driving school vehicle(s) which the Defendant uses to market and provide driving school services. *See* Ex. C.

22.     Defendant's display of the AAA Mark on his driving school vehicle(s) is intended to and has the effect of giving the false impression to consumers that "AAA Defensive Driving School" is endorsed by or affiliated with AAA.

23.     Defendant also advertises "AAA Defensive Driving School" through online directory listings, including the Yellow Pages a/k/a "yp" (*yellowpages.com*) (the "Directory Listing"), which are publicly displayed and which display and utilize the AAA Mark and the Infringing Business Name.  A true and correct copy of a screenshot of the Directory Listing is attached hereto as **Exhibit "D"**.

24.     Defendant's display of the AAA Mark and Infringing Business Name in the Directory Listing is intended to and has the effect of giving the false impression to consumers that "AAA Defensive Driving School" is endorsed by or affiliated with AAA.

25.     Importantly, the Defendant's actions have been carried out with actual knowledge of AAA's longstanding and widespread use of the AAA Mark, of AAA's exclusive right to use the AAA Mark, and of the harm caused to AAA by the Defendant's wrongful use of the AAA Mark.

26.     Since AAA learned of the Defendant's infringement of the AAA Mark, AAA has made repeated demands to Defendant that Defendant cease infringing on the AAA Mark.  Despite AAA's multiple demands, Defendant has refused to cease its improper use of the AAA Mark and has instead continued to willfully infringe on the AAA Mark.

27.     Defendant's wrongful conduct as described herein was directed at AAA in the Eastern District of California, and the damages suffered by AAA as a result of the Defendant's wrongful conduct include damages suffered by AAA in the Eastern District of California.

**AKERMAN LLP**
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

**COMPLAINT**

AKERMAN LLP

725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

# COUNT I

## FEDERAL TRADEMARK INFRINGEMENT

### In Violation of 15 U.S.C. § 1114

28.     AAA incorporates and realleges the allegations set forth in paragraphs 1 through 27 as if fully set forth herein.

29.     This is an action for federal trademark infringement under 15 U.S.C. § 1114 for damages and injunctive relief arising from Defendant's infringement of AAA's federally registered AAA Mark.

30.     The Defendant's use of AAA's protected AAA Mark as part of the Defendant's business constitutes use in commerce of the AAA Mark in connection with the sale, offer for sale, and advertising of services that is likely to cause confusion, mistake or deception among consumers as to an affiliation, connection, or association with AAA, in violation of 15 U.S.C. § 1114.

31.     AAA has suffered compensable injury by reason of the Defendant's wrongful conduct as outlined in this Count I, and will likely suffer irreparable injury unless the Defendant's infringing activities are permanently enjoined.

32.     AAA has been required to hire an attorney in this matter to which it is obligated to pay a reasonable fee.

33.     Defendant's infringing conduct is malicious, deliberate, willful, wanton and with reckless disregard for AAA's rights, justifying an award of exemplary damages and attorneys' fees.

WHEREFORE, the Plaintiff, American Automobile Association (Incorporated), respectfully prays that this Honorable Court enter such orders, judgments, and injunctions as are necessary to provide the following relief:

(1) a permanent injunction against Defendant's infringement of the federally registered AAA Mark, including any and all confusingly similar variants thereof;

(2) an award of the actual damages sustained by AAA;

(3) an award of the Defendant's profits arising out of his use of the registered AAA Mark;

(4) an award of exemplary damages;

(5) an award attorneys' fees and costs;

**COMPLAINT**

(6) such other and further relief as this Court deems just and proper.

<div align="center">

**COUNT II**

**FEDERAL UNFAIR COMPETITION**

**In Violation of 15 U.S.C. § 1125(a)**

</div>

34.     AAA incorporates and realleges the allegations set forth in paragraphs 1 through 27 as if fully set forth herein.

35.     This is an action for federal unfair competition under 15 U.S.C. § 1125(a) for damages and injunctive relief arising from the Defendant's use of AAA's federally registered AAA Mark.

36.     The Defendant's use in commerce of the AAA Mark in connection with the Defendant's services constitutes a false designation of origin, a false or misleading description of fact, and a false or misleading representation of fact which is likely to cause confusion, mistake or deception as to an affiliation, connection or association with AAA, and as to the origin, sponsorship or approval of the Defendant's services by AAA, all in violation of 15 U.S.C. § 1125(a).

37.     The Defendant's use in commerce of the AAA Mark, including on the Infringing Website, in connection with the Defendant's services constitutes a false designation of origin, a false or misleading description of fact, and a false or misleading representation of fact in a commercial advertising or promotion which misrepresents the nature, characteristics, and qualities of Defendant's services, all in violation of 15 U.S.C. § 1125(a).

38.     The Defendant's use in commerce of the AAA Mark, including on the Facebook Page, in connection with the Defendant's services constitutes a false designation of origin, a false or misleading description of fact, and a false or misleading representation of fact in a commercial advertising or promotion which misrepresents the nature, characteristics, and qualities of Defendant's services, all in violation of 15 U.S.C. § 1125(a).

39.     The Defendant's use in commerce of the AAA Mark, including on the Directory Listing, in connection with the Defendant's services constitutes a false designation of origin, a false or misleading description of fact, and a false or misleading representation of fact in a commercial advertising or promotion which misrepresents the nature, characteristics, and qualities of Defendant's

AKERMAN LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

services, all in violation of 15 U.S.C. § 1125(a).

40.    AAA has suffered compensable injury by reason of the Defendant's conduct as outlined in this Count II, and will likely suffer irreparable injury unless the Defendant's activities are permanently enjoined.

41.    AAA has been required to hire an attorney in this matter to which it is obligated to pay a reasonable fee.

42.    The Defendant's use of the AAA Mark is malicious, deliberate, willful, wanton and with reckless disregard for AAA's rights, justifying an award of exemplary damages and attorneys' fees.

WHEREFORE, the Plaintiff, American Automobile Association (Incorporated), respectfully prays that this Honorable Court enter such orders, judgments, and injunctions as are necessary to provide the following relief:

(1) a permanent injunction against Defendant's infringement of the federally registered AAA Mark, including any and all confusingly similar variants thereof;

(2) an award of the actual damages sustained by AAA;

(3) an award of the Defendant's profits arising out of his use of the registered AAA Mark;

(4) an award of exemplary damages;

(5) an award attorneys' fees and costs;

(6) such other and further relief as this Court deems just and proper.

## COUNT III

## FEDERAL TRADEMARK DILUTION

## In Violation of 15 U.S.C. § 1125(c)

43.    AAA incorporates and realleges the allegations set forth in paragraphs 1 through 27 as if fully set forth herein.

44.    This is an action for federal trademark dilution under 15 U.S.C. § 1125(c) for damages and injunctive relief arising from the Defendant's dilution of AAA's federally registered AAA Mark.

45.    The Defendant's use in commerce of the AAA Mark in connection with the

AKERMAN LLP

725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

Defendant's goods and services is in violation of 15 U.S.C. § 1125(c) as such use has caused and continues to cause dilution by blurring and dilution by tarnishment of the distinctive quality of AAA's famous AAA Mark, all to the irreparable injury and damage of AAA.

46.     AAA's Mark is distinctive and famous, and have been distinctive and famous since before the Defendant began its infringing conduct described herein.  The AAA Mark has long been used throughout the United States in connection with the goods and services on which it appears, has long been the subject of substantial advertising and promotion throughout the United States, and is widely recognized by the general consuming public as a designation of source of the services offered and endorsed by AAA.  The AAA Mark is in substantially exclusive use by AAA.

47.     AAA has suffered compensable injury by reason of the Defendant's wrongful conduct as outlined in this Count III, and will likely suffer irreparable injury unless the Defendant's activities are permanently enjoined.

48.     AAA has been required to hire an attorney in this matter to which it is obligated to pay a reasonable fee.

49.     Defendant's use of the AAA Mark is willful, and committed with the intent to trade upon the reputation of AAA and to cause dilution of the AAA Mark.

WHEREFORE, the Plaintiff, American Automobile Association (Incorporated), respectfully prays that this Honorable Court enter such orders, judgments, and injunctions as are necessary to provide the following relief:

(1) a permanent injunction against Defendant's infringement of the federally registered AAA Mark, including any and all confusingly similar variants thereof;

(2) an award of the actual damages sustained by AAA;

(3) an award of the Defendant's profits arising out of its use of the registered AAA Mark;

(4) an award of exemplary damages;

(5) an award attorneys' fees and costs;

(6) such other and further relief as this Court deems just and proper.

AKERMAN LLP

725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

# COUNT IV

## CYBERSQUATTING

### In Violation of 15 U.S.C. § 1125(d)

50.     AAA incorporates and realleges the allegations set forth in paragraphs 1 through 27 as if fully set forth herein.

51.     Defendant has used and continues to use the domain name "www.aaasafedriving.com" (the "Infringing Domain Name") with a bad faith intent to profit from the AAA Marks.

52.     Defendant is the registrant of the Infringing Domain Name or is an authorized licensee of the registrant of the Infringing Domain Name.

53.     The AAA Mark is distinctive and has been since before Defendant registered the Infringing Domain Name.

54.     The AAA Mark is famous and has been since before Defendant registered the Infringing Domain Name.  The AAA Mark has long been used throughout the United States in connection with the goods and services on which it appears, has long been the subject of substantial advertising and promotion throughout the United States, and is widely recognized by the general consuming public as a designation of source of the services offered and endorsed by AAA.

55.     The Infringing Domain Name is identical to, confusingly similar to, and dilutive of the AAA Mark because the Infringing Domain Name includes the AAA Mark within it, along with additional language connoting the sale of driver education services in connection with the AAA Mark.

56.     AAA has suffered compensable injury by reason of Defendant's wrongful conduct as outlined in this Count IV, and will likely suffer irreparable injury unless the Defendants' activities are permanently enjoined.

57.     AAA has been required to hire an attorney in this matter to which it is obligated to pay a reasonable fee.

58.     Defendant's use of the Infringing Domain Name is willful, and committed with the intent to trade upon the reputation of AAA and to cause dilution of the AAA Marks.

WHEREFORE, the Plaintiff, American Automobile Association (Incorporated), respectfully

AKERMAN LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

**COMPLAINT**

prays that this Honorable Court enter such orders, judgments, and injunctions as are necessary to provide the following relief:

(1) an order requiring the transfer of the Infringing Domain Name to AAA, or the forfeiture or cancellation of the Infringing Domain Name;

(2) an award of the actual damages sustained by AAA;

(3) an award of the Defendant's profits arising out of its use of the registered AAA Mark in the Infringing Domain Name;

(4) an award of exemplary damages;

(5) an award attorneys' fees and costs;

(6) such other and further relief as this Court deems just and proper.

## **DEMAND FOR ATTORNEY'S FEES**

AAA hereby demands an award of its attorneys' fees incurred in this action.

Dated:  August 23, 2016

Respectfully submitted,

**AKERMAN LLP**

By: */s/ Joshua R. Mandell*
      Joshua R. Mandell
      Kimberly A. Lopez
      Paula J. Howell
Attorneys for Plaintiff
AMERICAN AUTOMOBILE ASSOCIATION

AKERMAN LLP

725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

EXHIBIT A

# United States Patent Office

**829,265**
**Registered May 23, 1967**

## PRINCIPAL REGISTER
### Service Mark

Ser. No. 230,991, filed Oct. 22, 1965

## AAA

The American Automobile Association (Incorporated)
(Connecticut corporation)
1712 G St. NW.
Washington, D.C.  20006

For: AUTOMOBILE ASSOCIATION SERVICES RENDERED TO MOTOR VEHICLE OWNERS, MOTORISTS, AND T R A V E L E R S GENERALLY—NAMELY, OBTAINING MOTOR VEHICLE LICENSE PLATES AND TITLE CERTIFICATES; SPONSORING SCHOOL SAFETY PATROLS; ADVOCATING LEGISLATION FAVORABLE TO SAFE AND ECONOMICAL MOTOR VEHICLE TRAVEL, OPERATION, AND MAINTENANCE; CONDUCTING MOTOR VEHICLE TESTS AND MAKING TESTS OF AUTOMOTIVE AND RELATED PRODUCTS; AND RATING  T O U R I S T  ACCOMMODATIONS—in CLASS 100.

First use 1903; in commerce 1903.

For: ARRANGING FOR DISCOUNT PURCHASES, COLLECTING DAMAGE CLAIMS; OFFERING REWARDS FOR INFORMATION LEADING TO ARREST AND CONVICTION OF PERSONS STEALING MEMBERS' AUTOMOBILES; AND PLACING INSURANCE WITH UNDERWRITERS, in CLASS 101.

First use 1916; in commerce 1916.

For: PROVIDING BAIL BOND, in CLASS 102.
First use 1916; in commerce 1916.

For: PROVIDING EMERGENCY ROAD SERVICE, in CLASS 103.

First use 1916; in commerce 1916.

For: DISSEMINATING TRAVEL INFORMATION AND MAKING TRAVEL ARRANGEMENTS, in CLASS 105.

First use 1902; in commerce 1902.

For: TEACHING MOTOR VEHICLE OPERATION; CONDUCTING  T R A F F I C  AND PEDESTRIAN SAFETY CAMPAIGNS, AND GIVING TRAFFIC SAFETY LESSONS, in CLASS 107.

First use 1924; in commerce 1924.

Owner of Reg. Nos. 547,321 and 703,556.

Int. Cls.: 16, 35, 36, 37, 39 and 42

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 50, 100, 101, 102, 103, 105 and 106

Reg. No. 2,158,654

## United States Patent and Trademark Office

Registered May 19, 1998

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



AMERICAN AUTOMOBILE ASSOCIATION, INC. (CONNECTICUT CORPORATION)
1000 AAA DRIVE
HEATHROW, FL 327465063

FOR: MAGAZINES, PAMPHLETS, BOOKLETS, AND DIRECTORIES IN THE FIELDS OF TRAVEL INFORMATION, TRAFFIC SAFETY, VEHICLE INFORMATION AND REPAIR, AND DRIVER INSTRUCTION; MAPS, GROUPS OF STRIP AND OTHER MAPS, AND PRINTED BOOKLETS AND PAMPHLETS FEATURING TOURING AND ROUTE INFORMATION, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 3-1-1997; IN COMMERCE 3-1-1997.

FOR: ARRANGING FOR DISCOUNT PURCHASES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 3-1-1997; IN COMMERCE 3-1-1997.

FOR: ADJUSTING AND COLLECTING INSURANCE DAMAGE CLAIMS; INSURANCE BROKERAGE SERVICES, NAMELY, OBTAINING INSURANCE, PLACING INSURANCE WITH UNDERWRITERS; FINANCIAL SERVICES, NAMELY, ISSUING, PAYING, AND COLLECTING TRAVELER'S CHECKS; BANKING SERVICES, NAMELY, TIME DEPOSITS; INVESTMENT ADVICE COUNSELING SERVICES; CREDIT CARD AND AUTO LOAN SERVICES; REIMBURSEMENT FOR LEGAL SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 3-1-1997; IN COMMERCE 3-1-1997.

FOR: EMERGENCY ROAD SERVICES, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 3-1-1997; IN COMMERCE 3-1-1997.

FOR: TRAVEL AGENCY SERVICES, NAMELY, MAKING RESERVATIONS AND BOOKING FOR TRANSPORTATION, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 3-1-1997; IN COMMERCE 3-1-1997.

EXHIBIT B

HOME   GETTING STARTED   DMV SERVICES   ABOUT US   CONTACT   **(661) 822-1990**



 

**Teaching Safety First**
Professional Driver Education



TEACHING OUR STUDENTS
*Driving Skills for Todays Traffic*

**SAFETY FIRST!**
★ *check out our* ★
ENROLLMENT PACKAGE

UP...
AND DRIVE CAREFULLY!




# ENROLL NOW!

**Getting started is easy!**
Register on-line today.


REGISTER NOW!


$75

 **Welcome to AAA Defensive Driving School** where hundreds of confident drivers have graduated in the Tehachapi area since 1997. If you're ready for an excellent start to your driving future, we offer a mix of experience, professional dedication and programs that you won't find anywhere else. Earning a Drivers License is a privilege that brings you mobility and freedom, but it comes with a great responsibility for safety. When you select a Driving School, choose one that gives you a valuable experience that will last a lifetime. 


*ENROLL NOW TO TAKE THE NEXT STEP*
*TOWARD DRIVING INDEPENDENCE*

**What Parents are Saying**

*My daughter was so nervous for her first driving lesson I was worried that she wouldn't retain what she was learning or worse. Her instructor Steve was very understanding and immediately made all of us feel at ease. When my daughter returned home after her driving lesson she was very happy. She couldn't wait for her next driving lesson. Thank you so much Steve!!*

Jamie - Tehachapi



**Servicing The Greater Tehachapi Area and East Kern County**

AAA Defensive Driving School
410 West J St.
Tehachapi, CA, 93561
(661) 822-1990
www.AAASafeDriving.com

**Safety First!**   **(661) 822-1990**    


Like us on
**facebook**

© 2015 AAA Defensive Driving School.  All Rights Reserved          Terms Of Use | Privacy Policy          Website by: Webtt Website Design

DISCLAIMER: This web site is not affiliated with or funded by the American Automobile Association (AAA), the Automobile Club of America or any of it's affiliates.

EXHIBIT C





Email or Phone Password Log In
Forgot account?

Create Page

# AAA Defensive Driving School

School · Driving School · DMV

Home | About | Photos | Reviews | More ▾

School · Tehachapi, California
5.0

Search for posts on this Page

PEOPLE

**25** likes
**6** visits

ABOUT

410 W J St
Tehachapi, CA

(661) 822-1990

http://www.aaadds.com/

PHOTOS

VISITOR POSTS

**Brenda LM**
April 8, 2015 at 7:30pm

Thanks Steve AAA Defensive Driving School Dane passed!

3 Likes
Like · Comment · Share

**AAA Defensive Driving School** shared their photo.
February 16, 2012 ·

Hurray Hannah! You past!

Like Comment

**AAA Defensive Driving School**
January 18, 2012 ·

Lookout here comes Rudy P!

Like Comment

**See more of AAA Defensive Driving School by logging into Facebook**

Message this Page, learn about upcoming events and more. If you don't have a Facebook account, you can create one to see more of this Page.

Sign Up Log In

**AAA Defensive Driving School** added a new photo.
January 18, 2012 ·

**Brenda LM**
December 15, 2014 at 4:00pm

I had a Mother moment and revoked my son's driver's permit for speed... See More

Like · Comment · Share

**Patience Ndlovu**
February 16, 2014 at 9:05am

Hi my name is precious I just need to know where your address is,im in Johannesburg i need to start driving lessons,thank you..

Like · Comment · Share

**REVIEWS**

5.0 **5.0 of 5 stars**
1 review

Brenda LM
**5**
December 15, 2014 ·

Tell people what you think

**PEOPLE ALSO LIKE**

**Sky Mountain Dental of Dr. Daniel...**
Dentist

**Mobile Car Wash**
Car Wash & Detailing

**Sand Canyon SunSets**
Community

**Schools in Tehachapi, California**

**Places** **Tehachapi, California** **Community & Government** **Education** **School** **AAA Defensive Driving School**

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2016

Like Comment

**AAA Defensive Driving School** added 23 new photos to the album: AAA Defensive Driving School Students — at AAA Defensive Driving School.
January 8, 2012 ·

First Driving School Album Dec 2011 to Jan 2012

Like Comment Share

**AAA Defensive Driving School**
December 29, 2011 ·

Angela put the car in reverse!

**See more of AAA Defensive Driving School by logging into Facebook**

Message this Page, learn about upcoming events and more. If you don't have a Facebook account, you can create one to see more of this Page.

Sign Up Log In

Case 1:16-cv-01259-DAD-JLT   Document 1   Filed 08/25/16   Page 20 of 25



Like          Comment

**AAA Defensive Driving School**
December 23, 2011 ·

Here he is the king of driving Anthony Z!

Like          Comment

**AAA Defensive Driving School**
December 23, 2011 ·

Watchout! for that hamburger

Like          Comment

**AAA Defensive Driving School**
December 23, 2011 ·

Whaaat's Up Lucas Jochem

**See more of AAA Defensive Driving School by logging into Facebook**

Message this Page, learn about upcoming events and more. If you don't have a Facebook account, you can create one to see more of this Page.

Sign Up          Log In

Case 1:16-cv-01259-DAD-JLT   Document 1   Filed 08/25/16   Page 21 of 25



Like        Comment

**AAA Defensive Driving School** created a poll.
December 21, 2011 ·

Tell us what you think about AAA Defensive Driving School

Add an option...

Like        Comment

**AAA Defensive Driving School**
December 21, 2011 ·

Watchout for pedestrians!!

Like        Comment

**AAA Defensive Driving School**
December 21, 2011 ·

Hollynn is ready to start the lesson including my (Steve's)water bottle

See more of AAA Defensive Driving School by logging into Facebook

Message this Page, learn about upcoming events and more. If you don't have a Facebook account, you can create one to see more of this Page.

Sign Up        Log In

| Like | Comment |



**AAA Defensive Driving School**
December 21, 2011 ·

Hollynn Johnson our first facebook pic Thanks Hollynn!

| Like | Comment |

See More

**See more of AAA Defensive Driving School by logging into Facebook**

Message this Page, learn about upcoming events and more. If you don't have a Facebook
account, you can create one to see more of this Page.

Sign Up          Log In

EXHIBIT D





Browse | aaa defensive driving school | near | Tehachapi, CA | Sign In | Join

Home > Driving Instruction near Tehachapi, CA > AAA Defensive Driving School

# AAA Defensive Driving School

(2)

CLOSED NOW
Today: 10:30 am - 5:00 pm
Tomorrow: 10:30 am - 5:00 pm

410 W J St , Tehachapi, CA 93561
**(661) 822-1990**

Write a review

+ Be the first to add a photo

Visit Website Email Business Suggest an Edit

**BUSINESS DETAILS** | REVIEWS

5 YEARS in Business

**Hours:** Regular Hours

| | |
|---|---|
| Mon - Fri | 10:30 am - 5:00 pm |
| Sat - Sun | Closed |

Sponsored Links

**Defensive Driving Course**
www.floridaonline**trafficschool**.com/
#1 Online Florida **Traffic School**. DHSMV-Approved & Free Certificate!
24/7 customer support · English or spanish · Audio option available · Mobile/Tablet/PC friendly
Accredited - A Rating - The Better Business Bureau

**AAA Classes**
www.logancourt**classes**.com/
24/7 Licensed-Immediate Certificate 8-24 Hour/12-24 Week-No Added Fees
For Court, Work or School · No Hidden Fees · Accepted in All States

**Payment method:** All Major Credit Cards, Discover, Mastercard, Amex, Visa

**Other Links:** http://www.aaadds.com
http://www.aaasafedriving.com

**Categories:** Driving Instruction, Traffic Schools

**Other Information:** **Parking**: Lot, Free
**Classes Offered**: Driving Instruction
**Wheelchair Accessible**: Yes

Claim this Business »

## REVIEWS

Feedback

Review this business: 1 2 3 4 5 Click to Rate

**Cris H.** Posted: 12/22/2014

Overall

This school isn't all that great. Yes they have appointments available like tomorrow, but I did not like going there. When my student got home they didn't like the instructor and how he taught. His school name is AAA defensive driving school, but he is not affiliated with the AAA Auto club, false advertising. He just seems fishy and I will recommend my friends to the other here in town.
Less »

Helpful? Share Flag

SPONSORED BY

**All American Mountain High Driving School**
Merced, CA 95348
**(209) 722-8872**

DRIVER'S EDUCATION ONLY $13 WITH DRI... Ad

Put your ad here »

NEW!

FEATURED COLLECTION

Travel Stops For Smarter Kids, With Alisa Abecassis
9 businesses in this collection

View All Featured Collections »

PEOPLE ALSO VIEWED

**Driving and Traffic School**
21600 Golden Star Blvd, Tehachapi, CA

**Acme School of Driving**
(1)
20810 South St Suite 4, Tehachapi, CA

**Kern County Traffic School**
MOUNT Vernon Av, Bakersfield, CA

**Linda's Private Driving**
24101 Deertrail Dr, Tehachapi, CA

**Tehachapi Learning Center**
107 S Mill St, Tehachapi, CA

Browse ▾
jamiemp

aaa defensive driving school          near   Tehachapi, CA          Sign In | Join

Posted: 7/2/2014

Overall

**Excellent**

My daughter was so nervous for her first driving lesson. I was worried that my daughter would be so nervous that she wouldn't retain what she was learning or worse. Her instructor Steve was very understanding and immediately made all of us feel at ease. When my daughter returned home after her driving lesson she was very happy. She couldn't wait for her next driving lesson. Thank you so much Steve!!
Less »

Helpful?          Share          Flag

*Paid Advertisement*

Sponsored Links

**Free Continuing Education**
www.contractorclasses.com/
Free **Classes** - Free Credits - $0. Video **Classes** - No Endless Reading

**ABOUT**

About Us
Site Feedback
Contact Us
Advertise with Us
Careers - We're Hiring
Corporate Blog
Engineering Blog
Legal I Terms of Service and Use
Privacy Policy
Small Business Advertising
Advertising Choices
About Call Recording

**SITE DIRECTORY**

Articles
News
Find a Business
White Pages
Mobile Apps
Reverse Phone Lookup
Site Map
Browse Restaurants

**CITY GUIDES More Cities »**

Atlanta
Austin
Baltimore
Boston
Charlotte
Chicago
Dallas
Denver

Detroit
Houston
Indianapolis
Kansas City
Las Vegas
Los Angeles
Louisville
Memphis

Miami
Milwaukee
New York
Oklahoma City
Orlando
Philadelphia
Phoenix
Saint Louis

**YP℠ FAMILY**

Corporate Site
Marketing Solutions
AnyWho

**AT&T FAMILY**

AT&T
AT&T Wireless

© 2016 YP LLC. All rights reserved.
YP, the YP logo and all other YP marks contained herein are trademarks of YP LLC and/or YP affiliated companies.
AT&T, the AT&T Logo and all AT&T related marks are trademarks of AT&T Inc. or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

Feedback

