# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN AUTOMOBILE ASSOCIATION,<br><br>        Plaintiff,<br><br>    v.<br><br>STEVEN PECK,<br><br>        Defendant. | Case No.: 1:16-cv-01259 DAD JLT<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>ORDER AFTER NOTICE OF SETTLEMENT |

Because there was no evidence the matter was moving forward, the Court ordered the plaintiff to show cause why sanctions should not be imposed for failure to prosecute the action. (Doc. 11) AAA responded and explained that the parties had developed a remedial plan that would resolve the matter but that the remedial actions had not yet been completed. (Doc. 12) Counsel reported that AAA had agreed not to seek entry of default while the remedial efforts were underway. Id.

On November 14, 2016, the plaintiff filed a notice of settlement and reported that the matter would be dismissed within a week. (Doc. 13) Therefore, the Court **ORDERS**:

1. The order to show cause is **DISCHARGED**;

2. The stipulation to dismiss the action **SHALL** be filed no later than **December 16, 2016**;

3. All pending dates, conferences and hearings are **VACATED**.

///

///

1

**The parties are advised that failure to comply with this order may result in the imposition of sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:   **November 15, 2016**                   **/s/ Jennifer L. Thurston**
                                                UNITED STATES MAGISTRATE JUDGE