UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN AUTOMOBILE ASSOCIATION, INC., a Connecticut corporation,<br><br>          Plaintiff,<br><br>    v.<br><br>STEVEN PECK, an individual, d/b/a AAA DEFENSIVE DRIVING SCHOOL,<br><br>          Defendant. | No. 1:16-cv-01259-DAD-JLT<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 15) |

On November 16, 2016, the parties filed a joint stipulation dismissing the action without prejudice and with each party bearing its own costs and attorneys' fees. (Doc. No. 15.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice and without an award of costs or attorneys' fees. Accordingly, the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated:   **November 17, 2016**　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1